UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

TERRY CUTRIGHT, and
JOHN WILSON on behalf of
themselves and others
similarly situated,



    Plaintiffs,

v.   Civil Action No.: 2:16-cv-06346

MAYOR DANNY JONES, individually
And in his official capacity,
and THE CITY OF CHARLESTON, and
its Division THE CHARLESTON
POLICE DEPARTMENT,

    Defendants.

## ORDER

Now entering the Agreed Order of Dismissal, submitted directly to the court, and for the reasons asserted in the previous Order granting plaintiffs' motion to file exhibits in paper form, it is ORDERED that page 6 of Exhibit 1 and Exhibit 2 be, and hereby are, only to be filed in paper form in the Office of the Clerk.

The Clerk is directed to forward copies of this order to counsel of record and any unrepresented parties.

ENTER: September 26, 2017

John T. Copenhaver, Jr.
United States District Judge